JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EMERY WALDON, | Case No. CV 17-02535 GW (SHK) |
| Petitioner, | JUDGMENT |
| v. | |
| ROBERT FOX, Warden, | |
| Respondent. | |

IT IS HEREBY ORDERED AND ADJUDGED that the Petition be dismissed with prejudice.

Dated: October 4, 2018

*George H. Wu*

HON. GEORGE H. WU
United States District Judge